IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-00079-01-CR-W-SOW |
| v. ) | |
| ) | |
| CARLOS REYES-OROSCO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Sarah W. Hayes regarding defendant's mental competency. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that the Court adopts the Report and Recommendations of the Magistrate and finds that defendant Carlos Reyes-Orosco is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and that he is competent to stand trial.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: 7/14/2006